In the Matter of ROKHAYA CISSE, Appellant, v CHRISTOPHER GRAHAM, Respondent. (Proceeding No. 1.)

In the Matter of CHRISTOPHER GRAHAM, Respondent, v ROKHAYA CISSE, Appellant. (Proceeding No. 2.)

Submitted September 15, 2014; decided November 20, 2014

Motion for leave to appeal granted. Motion for a stay denied as unnecessary (see CPLR 5519 [e]). Motion to vacate stay denied.

In the Matter of MORTON A. COHEN, Appellant, v NEW YORK STATE AND LOCAL EMPLOYEES' RETIREMENT SYSTEM, Respondent. (And Another Proceeding.)

Submitted October 6, 2014; decided November 20, 2014

Motion, insofar as it seeks leave to appeal from the May 2014 Appellate Division judgment, denied; motion, insofar as it seeks leave to appeal from the Appellate Division orders denying reargument or leave to appeal, dismissed upon the ground that such orders do not finally determine the proceedings within the meaning of the Constitution.